FILED
JAMES J. VILT, JR. - CLERK

NOV 17 2025

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT BOWLING GREEN**
**CRIMINAL ACTION NO. 1:25CR-00054-GNS**

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**vs.**

**RAY GORDON (1)**                                              **DEFENDANT**

## WAIVER OF RIGHT TO HAVE APPOINTED COUNSEL

The undersigned acknowledges that he has been informed by the Court of the charges against him and the nature of the proceedings before the Court, of his right to be represented by counsel throughout the case, and of his right to have counsel appointed to represent him if he is financially unable to obtain counsel, all of which he understands. The undersigned now states to the Court that he does not desire to have counsel appointed to represent him and waives such appointment.

This 17th day of November, 2025.

_____
DEFENDANT

_____
WITNESS