AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
### for the
### Western District of Kentucky

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.    1:25-CR-00054-GNS-1 |
| | ) | |
| RAY GORDON | ) | |
| Defendant | ) | |

### WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:  _____11/17/2025_____

_____
Defendant's signature

_____
Signature of defendant's attorney

Buel Alan Simpson
_____
Printed name of defendant's attorney

_____
Judge's signature

Greg Stivens District Ct Judge
_____
Judge's printed name and title

**FILED**
JAMES J. VILT, JR. - CLERK

NOV 17 2025

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY