UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN
CRIMINAL NO. 1:25-CR-54-GNS
*(Electronically Filed)*

UNITED STATES OF AMERICA                                    PLAINTIFF

v.

RAY GORDON                                                DEFENDANT

---

### UNOPPOSED MOTION TO CONTINUE FINAL SENTENCING

---

Comes now the Defendant, Ray Gordon, by and through counsel, and respectfully moves this Court to reschedule the Final Sentencing currently scheduled for February 17, 2026 at 10:30 a.m. In support of this motion, Defendant's Counsel states that he has a scheduling conflict with this date. Counsel has conferred with the United States, by and through the Honorable Stephanie Zimdahl, who has no objection to this continuance.

WHEREFORE, the Defendant respectfully requests that this Court grant the relief set forth hereinabove.

This 25th day of November, 2025.

/s/ *B. Alan Simpson*_____
B. Alan Simpson
THE SIMPSON FIRM
908 State Street
P.O. Box 3480
Bowling Green, KY  42102-3480
Phone: (270) 782-3929

1

## **CERTIFICATE OF SERVICE**

This is to certify that I have this date electronically filed this document through the ECF system, which will send notice of electronic filing to the following:

Stephanie M. Zimdahl

This 25th day of November, 2025.

*B. Alan Simpson*
B. ALAN SIMPSON
