UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN
CRIMINAL NO. 1:25-CR-54-GNS

UNITED STATES OF AMERICA                                    PLAINTIFF

v.

RAY GORDON                                                 DEFENDANT

## ORDER CONTINUING FINAL SENTENCING

This matter is before the Court regarding the Defendant's Unopposed Motion to Continue

Final Sentencing, the Court having reviewed the file and being otherwise sufficiently advised, does

hereby order as follows:

IT IS HEREBY ORDERED AND ADJUDGED that the Defendant's Final Sentencing is

continued to March 5, 2026, at 11:00 a.m.

**Greg N. Stivers, Judge**
**United States District Court**
November 25, 2025

TENDERED BY:

 /s/ B. Alan Simpson
B. Alan Simpson
THE SIMPSON FIRM
908 State Street
P.O. Box 3480
Bowling Green, KY  42102-3480
Phone: (270) 782-3929
Fax: (270) 467-0566

Clerk, please send copies to:

B. Alan Simpson
Stephanie M. Zimdahl
US Probation