UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

UNITED STATES OF AMERICA                                      PLAINTIFF

v.                                            CRIMINAL NO. 1:25-cr-54-GNS

RAY GORDON                                                    DEFENDANT

### **UNOPPOSED MOTION TO CONTINUE SENTENCING**
*- Electronically Filed -*

Comes the United States, by counsel, and moves this Court to reschedule the sentencing hearing in this matter currently scheduled for March 5, 2026.  As a basis for this motion, the United States submits that undersigned counsel for the United States has a scheduling conflict with the currently set date due to a trial of another matter. The United States has discussed this motion with counsel for defendant, who has advised the defendant no objection to the continuance and no objection to this motion.

Respectfully submitted,

KYLE G. BUMGARNER
UNITED STATES ATTORNEY

s/*Stephanie M. Zimdahl*
Stephanie M. Zimdahl
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
Tel - (502) 582-6217
Stephanie.zimdahl@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

On February 20, 2026, I electronically filed this document through the ECF system, which will send a notice of electronic filing to counsel of record.

s/ *Stephanie M. Zimdahl*
Assistant United States Attorney
