UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                                                    CRIMINAL NO. 1:25-cr-54-GNS

RAY GORDON                                                      DEFENDANT

## ORDER

On unopposed motion of the United States to reschedule the currently assigned sentencing hearing in the above styled action, and the Court further being sufficiently advised,

**IT IS HEREBY ORDERED AND ADJUDGED** that the motion of the United States is **GRANTED**. The sentencing hearing in the above matter scheduled for March 5, 2026, is **VACATED** and is hereby rescheduled for March 9, 2026, at 11:15 a.m. CT.

Dated: February 23, 2026

Greg N. Stivers, Judge
United States District Court