UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN
CRIMINAL NO. 1:25-CR-54-GNS
*(Electronically Filed)*

UNITED STATES OF AMERICA                                        PLAINTIFF

v.

RAY GORDON                                                      DEFENDANT

---

### NOTICE OF FILING – CHARACTER LETTERS

---

Comes now the Defendant, Ray Gordon, by and through counsel, and gives notice of the following character reference letters:

1. William J. Hanshaw, LMFT, LPC – Counselor;

2. Linda Gordon – Mother; and

3. Roger Godon—Father.

This 5th day of March, 2026.

/s/ *B. Alan Simpson*_____
B. Alan Simpson
THE SIMPSON FIRM
908 State Street
P.O. Box 3480
Bowling Green, KY  42102-3480
Phone: (270) 782-3929

1

## **<u>CERTIFICATE OF SERVICE</u>**

This is to certify that I have this date electronically filed this document through the ECF system, which will send notice of electronic filing to the following:

Stephanie M. Zimdahl

This 5th day of March, 2026.

*B. Alan Simpson*
B. ALAN SIMPSON
