# William J. Hanshaw, MA, LPC, LMFT

*MA in Clinical Psychology*
*Licensed Marital & Family Therapist*

Bowling Green, KY 42104-3263
USA

Wednesday, October 15, 2025

To Whom It May Concern:

My name is William J. Hanshaw, LMFT, LPC. I have been practicing psychotherapy and family therapy in Bowling Green, KY, in solo private practice, since 1976 following my internship, at the community mental health center since 1973.

I am writing on behalf of Mr. Ray E. Gordon per request of Mr. Gordon and his attorney, Allan Simpson. I first started working with Ray when he was in the 5th grade at Warren Elementary School where I was consulting part time. Ray impressed me as an intelligent boy who was somewhat rebellious in a likable way. He was verbal, friendly, candid and cooperative in his sessions. We worked together until he graduated elementary school to attend Moss Middle School. He continued therapy there for two years. Ray returned to therapy in 2011 and has attended therapy on a regular basis, off and on, since that date. I am enclosing a copy of his dates of service from his billing page.

The primary purpose of this brief letter is to share my professional opinion about Ray related to the current legal charge facing him. Ray has had an interest in computer technology for years. He recently developed an interest in artificial intelligence. He reports that he created pornographic cartoon images using AI that was not based on an actual person nor picture, i.e. totally created from an AI application. These images were on his personal computer and were not intended to be shared in any way. He reports that he had no idea this was, in any way illegal. To my knowledge, Ray has no prior legal history. He says he is now being charged with a federal crime facing jail time in a federal penitentiary. Ray's wife, Sasha Gordon joined the Air Force this year and is attending school in Fort Mead. They are married and have been together for 11 years. Prior to this legal action, Ray began working on improving his physical health, losing weight, quitting smoking cigarettes and helping his wife succeed in the military. He is her only support outside of the military. They were making plans for their future. In my professional opinion, Ray is a productive citizen and in no way a danger to society.

I hope this information is in some way helpful toward understanding Mr. Gordon and his desires to better himself and his family.

Sincerely,

William J. Hanshaw, LMFT, LPC
Licensed Family Therapist & Licensed Professional Counselor

Cc: file

*"When Active Listening Can Make the Difference"*