March 5, 2026

Dear Judge Stivers,

My name is Linda Gordon, and I am Ray Gordon's mother. I retired from the United States Air Force in 1994 after a full career of service. I have known Ray his entire life, and I have also known his wife, Sasha, as part of their committed relationship for the past 14 years.

Ray has always been a dedicated, responsible, and caring person. He excels at practical matters and handling household finances with care and accuracy, cooking nutritious meals, performing mechanical repairs, and tackling any handyman task that arises. These skills reflect his reliability and willingness to support those he loves without hesitation. In our family, Ray has consistently stepped up to help, whether fixing things around the house or providing emotional stability during difficult times.

What stands out most to me is Ray's deep commitment to Sasha. They are truly like two peas in a pod and stronger together, resolving challenges as a team, and building a life based on mutual support. As an Air Force veteran myself, I understand the unique stresses of military service, including the demands of duty, frequent moves, and isolation in remote postings. Ray has been Sasha's primary source of strength, helping her manage work-related stress, maintain our home, and stay grounded. His presence has been essential to her well-being and success.

Since this situation began in Bowling Green on December 17, 2023, Ray has shown genuine remorse for his actions. He has expressed deep regret—not just for the consequences he faces, but for any harm caused—and has committed himself to personal growth and healthier choices moving forward. I have seen this change in his attitude, his efforts to stay positive and healthy, and his focus on making amends where possible. This incident does not define who Ray is; it is an aberration from the good, dependable man I have raised and known for decades.

Ray is a loving son, a devoted husband, and someone who contributes positively to his family. I believe in his character and his ability to continue being a force for good.

Thank you for taking the time to consider this letter and for seeing Ray as the full person he is beyond this one chapter.

Sincerely,


Linda Gordon

*Linda Gordon*