March 5, 2026

Dear Judge Stivers,

My name is Roger Gordon, and I am Ray Gordon's father. I am writing this letter with a heavy heart to share my perspective on my son's character as the court considers his sentencing. Having served with the 82nd Airborne Division at Fort Bragg, North Carolina, I understand the demands and sacrifices of military life firsthand. Ray's wife, Sasha, is bravely serving in the Air Force and preparing for an assignment at Eielson Air Force Base in Alaska—a remote and challenging location with harsh conditions, long winters, and significant isolation that can test even the strongest individuals and families.

For more than two years, Ray and Sasha worked together diligently as she prepared to enlist, supporting each other to build a better future. Ray has been her rock—providing emotional encouragement, handling household responsibilities, and offering the steady presence she needs amid military stresses. He is practical, skilled, and selfless in these ways: managing bills responsibly, cooking meals, fixing things mechanically, and always putting family first. Without question, Ray is dependable, hardworking, and deeply committed to those he loves. This has been an incredibly difficult time for our entire family since December 2023. Through it all, Ray has demonstrated sincere remorse for his decisions. He has openly expressed regret for his actions, taken responsibility, and shown a strong desire to make positive changes. I have watched him focus on personal accountability, staying healthy, and prioritizing his marriage and growth. This reflects the good character I have always known in him—a man who learns from mistakes and strives to do better.

Ray is a loving husband, a responsible son, and someone who brings stability and care to his relationships. Sasha relies on him as her primary support system, especially as my wife and I are older and less able to provide the hands-on help we once could. His positive qualities far outweigh this difficult moment, and I am confident he will continue to be a contributing, remorseful, and improved person.

Thank you sincerely for considering this view of Ray's character and the man he truly is.

Respectfully,

Roger Gordon