UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                                              CRIMINAL NO. 1:25-cr-54-GNS

RAY GORDON                                                        DEFENDANT

### **SENTENCING MEMORANDUM**
*- Electronically Filed -*

The United States of America files its memorandum in support of sentencing in this action currently scheduled for March 9, 2026.  For the reasons set forth below, the government respectfully requests this Court sentence the defendant, Ray Gordon, to a sentence of 60 months' imprisonment followed by a term of supervised release of at least 10 years to follow the term of imprisonment.  The factors set forth in 18 U.S.C. § 3553(a), and those that counselled the parties' negotiated Rule 11(c)(1)(C) plea agreement, support this sentence.

### **Factual Background**

The facts of this case are rather unique and disturbing.  Between July 2022 and December 2023, defendant Gordon repeatedly utilized an Artificial Intelligence image generator to generate detailed and obscene images of minor children, including prepubescent children, engaged in sexually explicit conduct (i.e. child pornography).  As an example, one of the prompts Gordon utilized to cause the AI image generator to create an image of child pornography included the words and phrases "naked little girl having anal sex with man," "crying," "sad," "confused," "rapecore," and "dark

room." Perhaps unsurprisingly with such prompts, some of the AI generated child pornography created by the defendant depicted young toddler and preteen aged girls crying while engaged in sexual activity with adults, including sexual penetration and children in pain while engaged in sexual activity. In many instances the AI generated child pornography the defendant created was extremely realistic, so much so that it was initially believed by law enforcement to depict real children in actual situations of sexual abuse.

On December 14, 2023, when a search warrant was executed at the defendant's residence, the defendant was found to possess over 1,300 unique obscene visual depictions of minors engaged in sexually explicit conduct that he had personally produced on multiple electronic devices.

On October 28, 2025, defendant Gordon was charged in two-count Information with (1) producing a visual depiction of any kind that is obscene and depicts a minor engaging in sexually explicit conduct, in violation of 18 U.S.C. §§ 1466A(a)(l) and (d)(4); and (2) possessing such visual depictions in violation of 18 U.S.C. §§ 1466A(b)(l) and (d)(4). (DN 1.) On November 17, 2025, Gordon pled guilty to both counts of the information pursuant to a written Rule 11(c)(1)(C) plea agreement with the government. (DNs 9, 12.)

### Sentencing Recommendation

The government agrees with the guideline calculations set forth by the United States Probation Office in the Final Presentence Investigation Report. Pursuant to the terms of the "C" plea agreement in this case the government recommends that a sentence of 60 months' imprisonment is appropriate and supported by the factors to

be considered under 18 U.S.C. § 3553(a) in this case.  The government further recommends a term of supervised release of at least 10 years to follow the term of imprisonment.

The offenses in this case are serious.  While Gordon has not been charged or convicted of a child-pornography offense under Chapter 110 of the United States Code, his conduct involved producing extremely realistic images that are clearly designed both to vividly depict young minors engaged in sexually explicit conduct and arouse offenders who derive sexual gratification from seeing minors being exploited and abused.  Gordon's conduct was also not limited to merely possessing these images.  Rather, he created over 1,300 unique images of minors engaged in sexually explicit conduct.

### Conclusion

For the reasons set forth herein and to be addressed at the hearing, the government respectfully requests that the Court sentence defendant Gordon to a sentence of 60 months' imprisonment followed by a term of supervised release of at least 10 years, a sentence well-supported by the factors to be considered under 18 U.S.C. § 3553(a).

Respectfully submitted,

KYLE G. BUMGARNER
UNITED STATES ATTORNEY

s/*Stephanie M. Zimdahl*
Stephanie M. Zimdahl
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
Tel - (502) 582-6217

## CERTIFICATE OF SERVICE

On March 6, 2026, I electronically filed this document through the ECF system, which will send a notice of electronic filing to counsel of record.

s/ *Stephanie M. Zimdahl*
Assistant United States Attorney

4