FILED
JAMES J. VILT, JR. - CLERK

MAR 0 9 2026

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF KENTUCKY
### AT BOWLING GREEN
### CRIMINAL ACTION NO. 1:25-CR-00054-GNS

UNITED STATES OF AMERICA                                    PLAINTIFF

vs.

RAY GORDON (1)                                             DEFENDANT

### ACKNOWLEDGEMENT OF WAIVER OF APPEAL RIGHTS

I hereby acknowledge that as a part of my plea agreement with the United States, I waived the right to appeal the sentence I just received from the Court.

March 9, 2026                              _____
Date                                        Defendant's signature